# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **WILLIE D. HINTON,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | NO. 4:20-CV-03927 |
| § | |
| **UNIVAR SOLUTIONS (USA), INC.,** § | |
| § | |
| **Defendant.** § | |

## NOTICE OF SETTLEMENT

The parties have reached an agreement in principal to settle this matter. The parties anticipate finalizing their confidential settlement agreement in the upcoming weeks and will thereafter file a stipulation for dismissal with prejudice.

Dated: November 29, 2021

*Of Counsel:*

Erin A. McNamara
State Bar No. 24109538
Federal ID No. 3266640
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, Texas 77010
713.951.9400 (Telephone)
713.951.9212 (Telecopier)
emcnamara@littler.com

Respectfully submitted,

*/s/ Allison C. Williams*
Allison C. Williams (Attorney-in-Charge)
State Bar No. 24075108
Federal I.D. No. 1138493
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, Texas 77010
713.951.9400 (Telephone)
713.951.9212 (Facsimile)
acwilliams@littler.com

**ATTORNEYS FOR DEFENDANT**

/s/ *Willie D. Hinton *w/permission*
Willie D. Hinton
P.O. Box 57362
Webster, Texas 77598
gl1awdhi@gmail.com
713.340.7837 (Telephone)

**PRO SE PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 29, 2021 a true and correct copy of the foregoing document was duly served via email, the Court's e-filing system, and/or U.S. mail on Plaintiff as follows:

Willie Hinton<br>
P.O. Box 57362<br>
Webster, Texas 77598<br>
gl1awdhi@gmail.com

                                              */s/ Erin A. McNamara*
                                              Erin A. McNamara

4883-9692-3140.1 / 098141-1069