IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **WILLIE D. HINTON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | NO. 4:20-CV-03927 |
| | § | |
| **UNIVAR SOLUTIONS (USA), INC.,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties in this case have jointly filed a Stipulation of Dismissal with Prejudice. In accordance with that Stipulation and Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby DISMISSED WITH PREJUDICE. Accordingly, the Clerk is directed to CLOSE this case.

IT IS SO ORDERED.

SIGNED at Houston, Texas on this the 21st day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE

4854-9420-6214.1 / 098141-1069